IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **HOLLY CAMACHO,** | Civ. No. 6:23-cv-00677-AA |
| Plaintiff, | **OPINION & ORDER** |
| v. | |
| **JOHNNY MATTHEW'S COMPANY, et al**, | |
| Defendants. | |

_____

AIKEN, District Judge:

For the reasons stated in plaintiff's legal memorandum, ECF No. 5, and pursuant to 28 U.S.C. § 1447, this action should be remanded for lack of subject matter jurisdiction. Defendant Matthew Nolan and dismissed defendant Johnny Matthew's Company reside in and operate business in Marion County Oregon; the removal is not timely; and the case is moot because it is closed. *See* Marion County Court Case number 20CV114992.

Page 1 – OPINION AND ORDER

Plaintiff's Motion for Remand, ECF No. 5, is GRANTED. This case is REMANDED to the Marion County Court, State of Oregon, for all further proceedings and the clerk of court is directed to CLOSE this case.

.

IT IS SO ORDERED.

Dated this 5th day of September 2023.

/s/Ann Aiken

Ann Aiken
United States District Judge

Page 2 – OPINION AND ORDER